## BOWEN v. STATE.
### No. 22140.

Court of Criminal Appeals of Texas.
May 20, 1942.

## MOORE v. STATE.
### No. 22105.

Court of Criminal Appeals of Texas.
May 6, 1942.

Rehearing Denied June 3, 1942.

Alex P. Pope, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is driving an automobile upon a public highway while intoxicated; the punishment, a fine of $200.

The record before us is without statement of facts or bills of exception.

Reversible error is not reflected by the record.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.